UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SANOFI-AVENTIS,<br>SANOFI-SYNTHELABO INC., and<br>BRISTOL-MYERS SQUIBB SANOFI<br>PHARMACEUTICALS HOLDING<br>PARTNERSHIP,<br><br>                              Plaintiffs,<br>   v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>                              Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | 02-CV-2255 (SHS)<br><br><br><br><br>ELECTRONICALLY FILED |

**MOTION OF AMICUS CURIAE NATIONAL ASSOCIATION
OF CHAIN DRUG STORES FOR LEAVE TO FILE
BRIEF IN OPPOSITION TO
<u>PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION</u>**

The National Association of Chain Drug Stores ("NACDS") hereby moves for leave to file a brief as amicus curiae in opposition to Plaintiffs' motion for a preliminary injunction to halt the sale of an FDA-approved generic version of Plavix. A copy of the proposed brief is attached.

NACDS represents the nation's leading retail chain pharmacies and suppliers, helping them better meet the changing needs of their patients and customers. NACDS members operate more than 32,000 pharmacies, employ 112,000 pharmacists, fill more than 2.1 billion prescriptions yearly, and have annual sales of over $500 billion. Other members include more than 1000 suppliers of products and services to the chain drug industry. Accordingly, NACDS is uniquely positioned to address the effect granting the requested preliminary injunction would have on retail pharmacies and consumers.

NACDS respectfully requests that the Court grant leave to file the attached amicus curiae brief in opposition to Plaintiffs' motion for a preliminary injunction.

Respectfully submitted,

s/ Zachary R. Davis
Zachary R. Davis, #ZD-2366
Steve D. Shadowen, I.D. No. 41953
Joseph T. Lukens, I.D. #67405
Monica L. Rebuck. I.D. #78225
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
(717) 364-1030 - telephone
(717) 364-1020 - facsimile

*Attorneys for National Association
of Chain Drug Stores*

Dated: August 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following counsel this 17th day of August, 2006, via ECF Filing and U.S. Mail:

David Noah Greenwald, Esq.
Evan R. Chesler, Esq.
Richard J. Stark, Esq.
CRAVATH SWAINE MOORE LLP
825 8th Avenue
New York, NY 10019

Robert L. Baechtold, Esq.
William Ericson Solander, Esq.
John D. Murnane, Esq.
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10012

Thomas H. Beck, Esq.
SIDLEY AUSTIN LLP (NY)
787 Seventh Avenue
New York, NY 10019

Allan H. Fried, Esq.
Robert S. Silver, Esq.
Bruce J. Chasan, Esq.
CAESAR RIVISE BERNSTEIN COHEN & POKOTILOW
1635 Market Street, 11th Floor
Philadelphia, PA 19103

Karen J. Bernstein, Esq.
Pryor Cashman Sherman & Fynn
410 Park Avenue
New York, NY 10022

_____
Joseph T. Lukens