UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANOFI-AVENTIS, SANOFI-SYNTHELABO INC., and BRISTOL-MYERS SQUIBB SANOFI PHARMACEUTICALS HOLDING PARTNERSHIP,<br><br>    Plaintiffs,<br><br>APOTEX INC. and APOTEX CORP.,<br><br>    Defendants. | 02-CV-2255 (SHS)<br><br>FILED ELECTRONICALLY |

NOTICE OF APPLICATION TO APPEAR *PRO HAC VICE*

To:   Counsel on the Attached Service List

*PLEASE TAKE NOTICE* that, on a date to be set by the court, before the Honorable Sidney H. Stein, in the United States Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 23-A, Zachary Davis will request that the court enter an order permitting Joseph T. Lukens to appear as counsel *pro hac* in the above entitled matter.[1]

---

[1] See the [Proposed] Order Granting Application to Appear *Pro Hac Vice* attached hereto as Exhibit 1.

The request will be based on this notice of application, on the attached verified application of Joseph T. Lukens,[2] a Certificate of Good Standing,[3] and on all the papers, pleadings, and records on file in this action.

Dated: August 17, 2006                    Respectfully submitted,

                                          s/ Zachary R. Davis
                                          Zachary R. Davis, Esq. (ZD-2366)
                                          HANGLEY ARONCHICK SEGAL & PUDLIN, P.C.
                                          One Logan Square, 27th Floor
                                          Philadelphia, PA 19103-6933
                                          Telephone number: 215-496-7042
                                          Facsimile number: 215-568-0300
                                          E-mail address: zdavis@hangley.com

OF COUNSEL:

Joseph T. Lukens, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 496-7032
Fax:       (215) 568-0300

*Attorneys for Amicus Curiae National
Association of Chain Drug Stores*

---

[2] Attached hereto as Exhibit 2.
[3] Attached hereto as Exhibit 3.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANOFI-AVENTIS, SANOFI-SYNTHELABO INC., and BRISTOL-MYERS SQUIBB SANOFI PHARMACEUTICALS HOLDING PARTNERSHIP,<br><br>Plaintiffs,<br><br>APOTEX INC. and APOTEX CORP.,<br><br>Defendants. | 02-CV-2255 (SHS) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel in the above-referenced matter with a copy of the foregoing **NOTICE OF APPLICATION FOR ADMISSION *PRO HAC VICE*** and accompanying documents,

David Noah Greenwald, Esq.
Evan R. Chesler, Esq.
Richard J. Stark, Esq.
CRAVATH SWAINE MOORE LLP
825 8th Avenue
New York, NY  10019

Robert L. Baechtold, Esq.
William Ericson Solander, Esq.
John D. Murnane, Esq.
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10012

Allan H. Fried, Esq.
Robert S. Silver, Esq.
Bruce J. Chasan, Esq.
CAESAR RIVISE BERNSTEIN COHEN & POKOTILOW
1635 Market Street, 11th Floor
Philadelphia, PA  19103

Karen J. Bernstein, Esq.
Pryor Cashman Sherman & Fynn
410 Park Avenue
New York, NY  10022

Thomas H. Beck, Esq.
SIDLEY AUSTIN LLP (NY)
787 Seventh Avenue
New York, NY 10019

                                                  s/ Zachary R. Davis
                                                    Zachary R. Davis