**Exhibit 1**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANOFI-AVENTIS, SANOFI-SYNTHELABO INC., and BRISTOL-MYERS SQUIBB SANOFI PHARMACEUTICALS HOLDING PARTNERSHIP,<br><br>                         Plaintiffs,<br><br>APOTEX INC. and APOTEX CORP.,<br><br>                         Defendants. | 02-CV-2255 (SHS) |

### [PROPOSED] ORDER GRANTING APPLICATION TO APPEAR *PRO HAC VICE*

On _____ _____, 2006, this Court considered Joseph T. Lukens' application to appear *pro hac vice*. After considering the application, the Court grants the application to appear *pro hac vice* and orders that Joseph T. Lukens be allowed to appear *pro hac vice* until the conclusion of this case.

Dated: _____

*So ordered,*

_____
Sidney H. Stein
United States District Judge

**Exhibit 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANOFI-AVENTIS,
SANOFI-SYNTHELABO INC., and
BRISTOL-MYERS SQUIBB SANOFI
PHARMACEUTICALS HOLDING
PARTNERSHIP,

           Plaintiffs,

02-CV-2255 (SHS)

APOTEX INC. and APOTEX CORP.,

           Defendants.

FILED ELECTRONICALLY

## APPLICATION TO APPEAR *PRO HAC VICE*

I, Joseph T. Lukens, declare:

1. I request permission to appear as counsel for *Amicus Curiae National Association of Chain Drug Stores*, *pro hac vice*, before the Honorable Sidney H. Stein, in association with Zachary Davis in the above entitled action now pending before this court.

2. My mailing/office address is:

>HANGLEY ARONCHICK SEGAL & PUDLIN, P.C.
>One Logan Square, 27th Floor
>Philadelphia, PA 19103-6933
>Telephone number: 215-496-7032
>Facsimile number: 215-568-0300
>E-mail address: jlukens@hangley.com

3. I have been admitted to practice before the following courts: Pennsylvania, 1993; New Jersey, 1994; United States District Court for the Eastern District of Pennsylvania, 1994; United States Court of Appeals for the Third Circuit, 1994; United States Supreme Court, 1996.

4. I am a member in good standing in those courts.

5. I am not currently suspended or disbarred in any court.

6. I have not filed an application to appear as counsel *pro hac vice* in a state court in New York in the preceding two years; I have been admitted as counsel *pro hac vice* in federal court in New York in *In re OxyContin Antitrust Litigation,* MDL 1603 (SHS), in the action captioned, *CVS Pharmacy, Inc. and Rite Aid Corporation v. Purdue Pharma, et al.,* 04-CV-3719 (SHS).

7. The attorney of record for amici, Zachary Davis, is an active member of the State Bar of New York and admitted to practice before the Southern District of New York. His address and telephone number are:

>Zachary Davis, Esq. (ZD-2366)
>HANGLEY ARONCHICK SEGAL & PUDLIN, P.C.
>One Logan Square, 27th Floor
>Philadelphia, PA 19103-6933
>Telephone number: 215-496-7042
>Facsimile number: 215-568-0300
>E-mail address: zdavis@hangley.com

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: August 17, 2006

>Respectfully submitted,
>
>*[signature]*
>Joseph T. Lukens, Esq.
>HANGLEY ARONCHICK SEGAL & PUDLIN, P.C.
>ONE LOGAN SQUARE, 27TH FLOOR
>PHILADELPHIA, PA 19103-6933
>Tel. 215-496-7032
>Fax. 215-568-0300
>*Attorneys for Amicus Curiae National Association of Chain Drug Stores*

2

## **VERIFICATION**

I am the applicant in this matter. I have read the above application and the matters stated in it are true of my own knowledge. I declare under penalty of perjury under the laws of New York that the above is true and correct.

Dated: Philadelphia, Pennsylvania
August 17, 2006

By: _____
Joseph T. Lukens, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN, P.C.
ONE LOGAN SQUARE, 27TH FLOOR
PHILADELPHIA, PA 19103-6933
Tel. 215-568-6200
Fax. 215-568-0300

3

# Exhibit 3



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Joseph T. Lukens, Esq.*

DATE OF ADMISSION

*December 21, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated: August 17, 2006**

Irene M. Bizzoso
Deputy Prothonotary