IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANOFI-AVENTIS,<br>SANOFI-AVENTIS, INC. and<br>BRISTOL-MYERS SQUIBB SANOFI<br>PHARMACEUTICALS HOLDING<br>PARTNERSHIP,<br>    Plaintiffs,<br><br>vs.<br><br>APOTEX, INC. and APOTEX CORP.<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>Civil Action No. 02-CV-2255 (RWS)<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF DEFENDANTS' MOTION FOR ADMISSION
PRO HAC VICE OF JAMES J. KOZUCH**

PLEASE TAKE NOTICE that upon the annexed declaration of William J. Castillo and accompanying exhibits, Apotex Corp. and Apotex, Inc. ("Defendants") will move this Court at the United States District, United States Courthouse, 500 Pearl Street, New York, NY 10007 as soon as counsel may be heard for an Order granting Defendants' Motion for Admission *Pro Hac Vice* of James J. Kozuch.

Dated:  December 15, 2006
        Philadelphia, PA

Respectfully submitted,

By _____
Robert S. Silver
William C. Youngblood
William J. Castillo (WC 6786)
CAESAR, RIVISE, BERNSTEIN,
COHEN & POKOTILOW, LTD.
1635 Market Street, 11th Floor
Philadelphia, PA 19103-2212
Telephone:  (215) 567-2010
Facsimile:  (215) 751-1142

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANOFI-AVENTIS,<br>SANOFI-AVENTIS, INC. and<br>BRISTOL-MYERS SQUIBB SANOFI<br>PHARMACEUTICALS HOLDING<br>PARTNERSHIP,<br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>APOTEX, INC. and APOTEX CORP.<br>　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 02-CV-2255 (RWS)<br>:<br>:<br>:<br>:<br>: |

DECLARATION OF WILLIAM J. CASTILLO IN
SUPPORT OF DEFENDANTS' MOTION FOR ADMISSION
*PRO HAC VICE* OF JAMES J. KOZUCH

**WILLIAM J. CASTILLO** declares that:

1.   I am associated with the law firm of Caesar, Rivise, Cohen & Pokotilow, Ltd., counsel for Apotex Corp. and Apotex, Inc. ("Defendants"). I am a member of the Bar of the State of New York. I submit this Declaration in support of Defendants' Motion for Admission *Pro Hac Vice* of James J. Kozuch.

2.   James J. Kozuch is associated with the law firm of Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd., 1635 Market Street, 11th Floor, Philadelphia, PA 19103. Mr. Kozuch is a member in good standing of the Bar of the Commonwealth of Pennsylvania. A Certificate of Good Standing for Mr. Kozuch from the Commonwealth of Pennsylvania is annexed hereto as Exhibit A.

3.   In accordance with the Court's Individual Practices, Defendants' counsel has conferred with Plaintiffs' counsel and Plaintiffs' consent has been obtained for Mr. Kozuch's admission *Pro Hac Vice*.

1

4.      A copy of the proposed Order granting Defendants' Motion for Admission *Pro Hac Vice* of James J. Kozuch is annexed hereto as Exhibit B.

5.      I declare under penalty of perjury that all of the foregoing is true and correct.


Date:   December 15, 2006                    Respectfully submitted,
        Philadelphia, PA


                                             By _____
                                                William J. Castillo

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DECLARATION OF WILLIAM CASTILLO IN SUPPORT OF DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES J. KOZUCH was served this 15th day of December, 2006 via first class mail in an envelope addressed to:

Robert L. Baechtold, Esquire
Thomas H. Beck, Esquire
William E. Solander, Esquire
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112-3801

Evan R. Chesler, Esquire
Richard J. Stark, Esquire
CRAVATH, SWAIN & MOORE
Worldwide Plaza
825 Eight Avenue
New York, NY  10019

By: _____
William J. Castillo

3



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *James Jeffrey Kozuch, Esq.*

**DATE OF ADMISSION**

*October 29, 1985*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 13, 2006

Patricia A. Johnson
Chief Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES J. KOZUCH was served on this 15th day of December 2006, via first class mail in an envelope addressed to:

> Robert L. Baechtold, Esquire
> Thomas H. Beck, Esquire
> William E. Solander, Esquire
> FITZPATRICK, CELLA, HARPER & SCINTO
> 30 Rockefeller Plaza
> New York, NY  10112-3801
>
> Evan R. Chesler, Esquire
> Richard J. Stark, Esquire
> CRAVATH, SWAIN & MOORE
> Worldwide Plaza
> 825 Eight Avenue
> New York, NY  10019

By: _____
William J. Castillo