IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANOFI-SYNTHELABO, SANOFI-SYNTHELABO INC. and BRISTOL-MYERS SQUIBB SANOFI PHARMACEUTICALS HOLDING PARTNERSHIP,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>APOTEX, INC. and APOTEX CORP.<br><br>　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 02-CV-2255(SHS)<br>:<br>:<br>:<br>:<br>: |

NOTICE OF DEFENDANTS' MOTION FOR ADMISSION
*PRO HAC VICE* OF ROBERT B. BREISBLATT

PLEASE TAKE NOTICE that upon the accompanying annexed Declaration of William J. Castillo and accompanying exhibits, Apotex, Inc. and Apotex Corp. ("Defendants") will move this Court at the United States District Court, United States Courthouse, 500 Pearl Street, New York, NY 10007 as soon as counsel may be heard for an Order granting Defendants' Motion For Admission *Pro Hac Vice* of Robert B. Breisblatt.

Dated: December 28, 2006
　　　　Philadelphia, PA

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: ___William Castillo___
　　　　　　　　　　　　　　　　　　　　Robert S. Silver
　　　　　　　　　　　　　　　　　　　　William J. Castillo (WC 6786)
　　　　　　　　　　　　　　　　　　　　William C. Youngblood
　　　　　　　　　　　　　　　　　　　　CAESAR, RIVISE, BERNSTEIN,
　　　　　　　　　　　　　　　　　　　　COHEN & POKOTILOW, LTD.
　　　　　　　　　　　　　　　　　　　　1635 Market Street, 11th Floor
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　　Telephone: (215) 567-2010
　　　　　　　　　　　　　　　　　　　　Facsimile: (215) 751-1142
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT B. BREISBLATT** was served this 28th day of December, 2006 via hand delivery to the following:

>Robert L. Baechtold, Esq.
>Thomas H. Beck, Esq.
>William E. Solander, Esq.
>FITZPATRICK, CELLA, HARPER & SCINTO
>30 Rockefeller Plaza
>New York, NY  10112-3801
>
>Evan R. Chesler, Esq.
>Richard J. Stark, Esq.
>CRAVATH, SWAIN & MOORE
>Worldwide Plaza
>825 Eighth Avenue
>New York, NY  10019

*William Castillo*
_____
William J. Castillo

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANOFI-SYNTHELABO, SANOFI-SYNTHELABO INC. and BRISTOL-MYERS SQUIBB SANOFI PHARMACEUTICALS HOLDING PARTNERSHIP,<br><br>      Plaintiffs,<br><br>vs.<br><br>APOTEX, INC. and APOTEX CORP.<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 02-CV-2255(SHS)<br>:<br>:<br>:<br>:<br>: |

DECLARATION OF WILLIAM J. CASTILLO IN
SUPPORT OF DEFENDANTS' MOTION FOR ADMISSION
*PRO HAC VICE* OF ROBERT B. BREISBLATT

**WILLIAM J. CASTILLO** declares that:

1. I am a partner with the law firm of Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd., counsel for Apotex Corp. and Apotex Inc. ("Defendants"). I am a member of the Bar of the State of New York. I submit this Declaration in support of Defendants' Motion for Admission *Pro Hac Vice* of Robert B. Breisblatt.

2. Robert B. Breisblatt is associated with the law firm of Welsh & Katz, 120 South Riverside Plaza, 22nd Floor, Chicago, IL 60606-3912. Mr. Breisblatt is a member in good standing of the Bar of the State of Illinois. A Certificate of Good Standing for Mr. Breisblatt from the State of Illinois is annexed hereto as Exhibit A.

3. In accordance with the Court's Individual Practices, Defendants' counsel has conferred with Plaintiffs' counsel and Plaintiffs' consent has been obtained for Mr. Breisblatt's admission *Pro Hac Vice*.

4. A copy of the proposed Order granting Defendants' Motion for Admission *Pro Hac Vice* of Robert B. Breisblatt is annexed hereto as Exhibit B.

5. I declare under penalty of perjury that all of the foregoing is true and correct.

Dated: December 28, 2006
      Philadelphia, PA

                                                                 /s/ William J. Castillo
                                                                  William J. Castillo

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DECLARATION OF WILLIAM J. CASTILLO IN SUPPORT OF DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT B. BREISBLATT** was served this 28th day of December, 2006 via hand delivery to the following:

>Robert L. Baechtold, Esq.
>Thomas H. Beck, Esq.
>William E. Solander, Esq.
>FITZPATRICK, CELLA, HARPER & SCINTO
>30 Rockefeller Plaza
>New York, NY  10112-3801
>
>Evan R. Chesler, Esq.
>Richard J. Stark, Esq.
>CRAVATH, SWAIN & MOORE
>Worldwide Plaza
>825 Eighth Avenue
>New York, NY  10019

_____
William J. Castillo

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Robert B. Breisblatt

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on June 10, 1976 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, December 20, 2006.

*Juleann Hornyak*

Clerk