```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SANOFI-SYNTHELABO, *ET AL.*,      :     02 Civ. 2255 (SHS)

        Plaintiffs,      :

   -against-      :     ORDER

APOTEX INC., *ET AL.*,      :

        Defendants.      :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that a conference in this action will be held on Wednesday, February 6, 2008, at 4:00 p.m. in Courtroom 23A, regarding Sanofi's motion to compel production of documents and Apotex's motion for a stay of damages discovery.

Dated: New York, New York
       January 22, 2008

                            SO ORDERED:

                            Sidney H. Stein, U.S.D.J.