```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SANOFI-SYNTHELABO, *ET AL.*,     :     02 Civ. 2255 (SHS)

               Plaintiffs,     :

    -against-     :     <u>ORDER</u>

APOTEX INC., *ET AL.*,     :

               Defendants.     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been scheduled for February 6, 2008 on plaintiffs' motion to compel production of documents and defendants' motion for a stay of damages discovery, and only plaintiffs' counsel having appeared,

    IT IS HEREBY ORDERED that the conference is adjourned to February 21, 2008, at 4:00 p.m.

Dated: New York, New York
       February 7, 2008

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.