```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

SANOFI-SYNTHELABO, *ET AL.*,      :     02 Civ. 2255 (SHS)

        Plaintiffs,      :

   -against-      :     ORDER

APOTEX INC., *ET AL.*,      :

        Defendants.      :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

    1.    The Clerk of Court is directed to designate this case ECF; and

    2.    All attorneys in this action shall register as filing users and add their

Internet email address to their appearances if they have not already done so.

Dated: New York, New York
       February 7, 2008

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.