

# LAW OFFICES
## CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.
### PATENTS, TRADEMARKS, COPYRIGHTS

| | | | | |
|---|---|---|---|---|
| ALAN H. BERNSTEIN | SCOTT M. SLOMOWITZ | MICHAEL J. CORNELIUS | COLLEEN R. BUTCHER | A.D. CAESAR (1901-1995) |
| STANLEY H. COHEN | MONA GUPTA | BRUCE J. CHASAN | | CHARLES R. RIVISE (1906-1993) |
| MANNY D. POKOTILOW | DAVID M. TENER | MARINA E. VOLIN | | |
| BARRY A. STEIN | SALVATORE R. GUERRIERO | MARK B. BASSLER | | OF COUNSEL |
| MARTIN L. FAIGUS | JAMES J. KOZUCH | WILLIAM G. YOUNGBLOOD | | ALLAN H. FRIED, PH.D. |
| ERIC S. MARZLUF | WILLIAM J. CASTILLO | DAVID B. GORNISH | | |
| ROBERT S. SILVER | FRANK M. LINGUITI | NICHOLAS M. TINIO, JR. | | |
| MICHAEL J. BERKOWITZ | GARY A. GREENE | JOSEPH F. MURPHY, PH.D. | | |

February, 7, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

Honorable Sidney H. Stein                                   Via Facsimile
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Re: Sanofi v. Apotex Civil Action No. 02-CV-2255 (SHS)

Dear Judge Stein:

Defendants apologize that they were unaware of the Order setting the February 6, 2008 hearing in the above matter and are taking all steps requested in the Court's Order regarding electronic notification, etc.

Defendants respectfully request that the Court reset the February 22, 2008 hearing date until after the March 3, 2008 appellate hearing at the Court of the Appeals for the Federal Circuit regarding the above case to enable both parties to properly prepare for the appeal.

As Defendants have submitted in prior filings, Defendants believe that it would promote judicial economy to await a ruling from the Court of Appeals for the Federal Circuit rather than engage in very expensive and multi-national discovery which can take place in the few months after the Court rules, if necessary.

Respectfully submitted,

*The motion conf. remains at 2/21/08 at 4 p.m. Out of town counsel may participate by telephone (212-805-0087) if they wish.*

SO ORDERED 2/7/08

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

CAESAR, RIVISE, BERNSTEIN,
COHEN & POKOTILOW, LTD.

By: _____
Robert S. Silver
1635 Market Street, 11th Floor
Philadelphia, PA 19103
And
Robert B. Breisblatt
Welsh & Katz, Ltd.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606

Evan Chesler, Esq. (via facsimile)
Robert Baechtold, Esq. (via facsimile)

---

138906_1  11th Floor · Seven Penn Center · 1635 Market Street · Philadelphia, PA 19103-2212
Telephone: 215-567-2010 · Fax: 215-751-1142 · www.crbcp.com