

**LAW OFFICES**
# CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.
PATENTS, TRADEMARKS, COPYRIGHTS

| | | | | |
|---|---|---|---|---|
| ALAN H. BERNSTEIN | SCOTT M. SLOMOWITZ* | MICHAEL J. CORNELISON | | A.D. CAESAR (1901-1995) |
| STANLEY H. COHEN | MONA GUPTA | BRUCE J. CHASAN | DOUGLAS PANZER | CHARLES RIVISE (1900-1951) |
| MANNY D. POKOTILOW | DAVID M. TENER | MARINA E. VOLIN* | | |
| BARRY A. STEIN | SALVATORE R. GUERRIERO* | MARC B. BASSLER | TECHNICAL ADVISOR | OF COUNSEL |
| MARTIN L. FAIGUS | JAMES J. KOZUCH | WILLIAM C. YOUNGBLOOD* | THOMAS J. CLARE | ALLAN H. FRIED, PH.D. |
| ERIC S. MARZLUF | WILLIAM J. CASTILLO*† | DAVID B. GORNISH* | | |
| ROBERT S. SILVER | FRANK M. LINGUITI | NICHOLAS M. TINARI, JR.* | | * ALSO ADMITTED TO PRACTICE IN NJ |
| MICHAEL J. BERKOWITZ | GARY A. GREENE | JOSEPH F. MURPHY, PH.D. | | † ALSO ADMITTED TO PRACTICE IN NY |

February 11, 2008

Via Facsimile

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/11/08

Re: Sanofi v. Apotex   Civil Action No. 02-CV-2255 (SHS)

Dear Judge Stein:

Unfortunately, neither Mr. Breisblatt nor I can attend in person the 4 p.m. hearing on February 21 in the above matter. Mr. Langer will attend in person on behalf of Apotex and I would like to accept Your Honor's gracious invitation to participate by telephone as I will be in Chicago. *Telephone 212-805-0087 at 4 p.m.*

Respectfully submitted,

CAESAR, RIVISE, BERNSTEIN,
COHEN & POKOTILOW, LTD.

By: _____
Robert S. Silver
1635 Market Street, 11th Floor
Philadelphia, PA 19103
      And
Robert B. Breisblatt
Welsh & Katz, Ltd.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606

Evan Chesler, Esq. (via facsimile)
Robert Baechtold, Esq. (via facsimile)

SO ORDERED, 2/11/08

_____
SIDNEY H. STEIN
U.S.D.J.

11th Floor · Seven Penn Center · 1635 Market Street · Philadelphia, PA 19103-2212
Telephone: 215-567-2010 · Fax: 215-751-1142 · www.crbcp.com
Error! Unknown document property name.