```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SANOFI-SYNTHELABO, ET AL.,             :     02 Civ. 2255 (SHS)

            Plaintiffs,             :

   -against-                           :     ORDER

APOTEX INC., ET AL.,                   :

            Defendants.             :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for plaintiffs present and counsel for defendants participating by telephone and in person,

    IT IS HEREBY ORDERED that for the reasons set forth on the record,

    1.    Plaintiffs' motion to compel Apotex's production of documents [390] is denied; and

    2.    Defendants' motion to stay damages discovery pending the appeal [395] is granted.

Dated: New York, New York
       February 21, 2008

                                      SO ORDERED:

                                      _____
                                      Sidney H. Stein, U.S.D.J.